UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID HOBBS,

                Plaintiff,

    v.                                       Civil No.6:15-cv-01099-AA

BENTON COUNTY, et al.,

                Defendants.

## JUDGMENT

    Pursuant to the MINUTE ORDER docketed on April 4, 2016, this action is remanded to state court for further proceedings.

Dated this 6th day of April 2016.

_____
Ann Aiken
United States District Judge

**JUDGMENT**